UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 21-499-JWH (KKx)** | Date | May 12, 2022 |
|---|---|---|---|
| Title | *National Union Fire Insurance Company of Pittsburgh, PA. v. Titan Industrial Metal Corporation, et al.* | | |

| Present: The Honorable | KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| DONNISHA BROWN | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present                             None Present

**Proceedings:**   **ORDER for Defendant Alpert and Alpert Iron and Metal, Inc. and Its Counsel to Show Cause Why Sanctions Should Not be Entered for Failure to File Confidential Settlement Conference Statement and VACATING the May 17, 2022 Settlement Conference**

On July 15, 2021, this matter was referred to the assigned Magistrate Judge for a settlement conference to be completed no later than June 3, 2022. ECF Docket No. ("Dkt.") 25. On October 28, 2021, the Court issued an Order Regarding Settlement Conference, scheduling the settlement conference for February 1, 2022, and ordering the parties to submit Confidential Settlement Conference Statements five court days prior to the date of the settlement conference. Dkt. 26. On April 4, 2022, the settlement conference was continued to May 17, 2022. The parties' confidential settlement briefs were, thus, due on May 10, 2022.

On May 10, 2022, the Court received Plaintiff's Confidential Settlement Conference Statement and defendant Titan Industrial Metal Corporation's Confidential Settlement Conference Statement. The Court, however, has still not received a Confidential Settlement Conference Statement from defendant Alpert and Alpert Iron and Metal, Inc. ("Alpert").

The Court, therefore, ORDERS Alpert and its counsel, Jordan McCrary of Morgan Lewis and Bockius LLP and Kaye E. Tucker of the Tucker Law Firm, to show cause why they should not be sanctioned in the amount of $500 jointly and severally for their failure to comply with the Court's order. Accordingly, the settlement conference scheduled for May 17, 2022 is hereby VACATED

///
///

and Alpert and its counsel shall respond in writing to this Order to Show Cause no later than **4:00 p.m. on Tuesday, May 17, 2022**.

    **IT IS SO ORDERED.**

cc: Honorable John W. Holcomb